PER CURIAM.
Affirmed. See § 775.084(1)(a)(2)(b), Fla. Stat. (2004); Johnson v. State, 60 So.3d 1045 (Fla.2011); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Ward v. State, 946 So.2d 33 (Fla. 2d DCA 2006); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Turner v. State, 91 So.3d 219 (Fla. 3d DCA 2012); Ives v. State, 993 So.2d 117 (Fla. 4th DCA 2008); Rangel v. State, 937 So.2d 1218 (Fla. 3d DCA 2006); Johnson v. State, 917 So.2d 1011 (Fla. 4th DCA 2006); Gutierrez v. State, 854 So.2d 218 (Fla. 3d DCA 2003); Sampson v. State, 832 So.2d 251 (Fla. 5th DCA 2002).
KHOUZAM, SLEET, and LUCAS, JJ, Concur.